UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------x
SHAH RAHMAN, Individually and on Behalf
of All Others Similarly Situated           :

                Plaintiff,           :

           - against -              :     Civil No. 11-cv-01624 (JLL) (CCC)

KID BRANDS, INC., BRUCE G. CRAIN,          :
GUY A. PAGLINCO, RAPHAEL                         **ORDER GRANTING ADMISSION**
BENAROYA, MARIO CIAMAPI,        :                **PRO HAC VICE**
FREDERICK J. HOROWITZ, LAUREN
KRUEGER, SALVATORE SALIBELLO,   :
JOHN SCHAEFER, and MICHAEL
ZIMMERMAN,                                 :

                Defendants.           :

---------------------------------x

THIS MATTER having been brought before the Court by Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Kid Brands, Inc., Bruce G. Crain, Guy A. Paglinco, Raphael BenAroya, Mario Ciampi, Frederick J. Horowitz, Lauren Krueger, Salvatore Salibello, John Schaefer, and Michael Zimmerman, on motion for an order granting the *pro hac vice* admission of Jay B. Kasner ("counsel") pursuant to L.Civ.R. 101.1; and the Court having considered the Certification of Robert Del Tufo in support of the application, which reflect that counsel satisfies the requirements set forth in L.Civ.R. 101.1(c)(1) and that counsel for plaintiff has no objection to the *pro hac vice* admission of counsel; and for good cause shown,

IT IS on this ___2nd___ day of June 2011,

ORDERED that the application for the *pro hac vice* admission of counsel is granted;

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matters affecting counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

IT IS FUTHER ORDERED that the movant shall (a) be an attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for an attorney of the firm admitted to practice in New Jersey to sign) all pleadings, briefs and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

IT IS FURTHER ORDERED that counsel shall pay all fees required for admission *pro hac vice* in accordance with L.Civ.R. 101.1(c)(2) and (3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or their inability to be in attendance at proceedings.

*s/Claire C. Cecchi*
HON. CLAIRE C. CECCHI
UNITED STATES MAGISTRATE JUDGE

2