NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAH RAHMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br>v.<br><br>KID BRANDS, INC., BRUCE G. CRAIN, and GUY A. PAGLINCO<br><br>Defendants. | Civil Action No.: 11-1624 (JLL)<br><br>ORDER |

This matter comes before the Court by way of Defendant Kid Brands, Inc. ("Kid Brands")'s Motion to Dismiss Lead Plaintiff Shah Rahman ("Plaintiff")'s amended putative class action complaint ("Amended Complaint") pursuant to Fed. R. Civ. P. 12(b)(6) [Docket Entry No. 31]; and Individual Defendants Bruce G. Crain and Guy A. Paglinco joining in Kid Brands' Motion to Dismiss on the same grounds [Docket Entry Nos. 32 and 33]; the Court having considered the Parties' submissions without oral argument pursuant to Fed. R. Civ. P. 78; and for the reasons stated in this Court's accompanying Opinion;

IT IS accordingly on this ____ day of March, 2012,

ORDERED that Defendants' Motions to Dismiss Plaintiff's Amended Complaint are GRANTED without prejudice; and it is further

ORDERED that Plaintiff may file an amended complaint within sixty (60) days of the issuance of this Order and accompanying Opinion.

IT IS SO ORDERED.

_____
Jose L. Linares
United States District Judge