UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-4257
_____

SHAH RAHMAN,
Individually and On Behalf
of All Others Similarly Situated,
Appellant

v.

KID BRANDS, INC.; BRUCE G. CRAIN;
GUY A. PAGLINCO; RAPHAEL BENAROYA
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 2-11-cv-01624)
Honorable Jose L. Linares, District Judge
_____

Submitted under Third Circuit LAR 34.1(a)
October 8, 2013

BEFORE:  FUENTES, GREENBERG, and BARRY, Circuit Judges
_____

JUDGMENT
_____

    This cause came on to be considered on the record on appeal from the United States District Court for the District of New Jersey and was submitted under Third Circuit LAR 34.1(a) on October 8, 2013.  On consideration whereof, it is hereby

    ORDERED and ADJUDGED by this Court that the District Court's order of October 17, 2012, dismissing Rahman's second amended complaint with prejudice is affirmed.

    Costs taxed against appellant.

                                                  ATTEST:

/s/Marcia M. Waldron  
 Clerk

DATED: November 15, 2013